**Case #:** _____C-10-164_____

# In The Maryland Circuit Court
# For Cecil County
# Elkton, Maryland.

Kess Tani – Plaintiff

P.O. Box 794,

North East, Maryland 21901

E-Mail: kess.tani@yahoo.com

### Plaintiff

Vs.

Consumer Rights Violations, Breach Of
Contract, Fraud, False Advertisement,
Negligence, Reckless Disregard For the
Truth.

**Case #:** _____C-10-164_____

### Trial By Jury Demanded

**Defendants** – ATT Mobility, LLC; CEO; CFO; Presidents; and Board of Directors and other
Yet to be Identified Defendants.

Attn: Kathleen H. Broom – Paralegal

ATT Mobility, LLC

1025 Lenox Park Blvd, Suite SC23

Atlanta, GA 30319

10 APR 29  AM 9: 26

**Case #:** _____

# **TABLE OF CONTENTS.**

1.  Introduction ………………………………………………………………………… 3

2.  Elements of This Law Suit ……………………………………………….…………… 5

3.  Background ……………………………………………………………………… 9

4.  Statement of Material Facts …………………………………………………………… 11

5.  Claims/Counts ………………………………………………………………… 32

6.  Exhibits 1 To 12 ……………………………………………………………… 39

**Case #:** _____

# **INTRODUCTION**

**Plaintiff Kess Tani (Hereinafter Referred to as Plaintiff) Hereby Initiate a Consumer Rights and Tort Law Violations Complaint, for Declaratory, Injunctive, Compensatory Damages, Statutory Damages, Attorneys' Fees, Cost of Action, and Punitive Damages, Sought Against ATT Mobility, LLC; CEO; CFO; President; Board of Directors and other Yet to be Identified Defendants, In Their Official and Individual Capacities, in the Above Titled Case, and Assert the Following Claims/Violations Against the Instant Defendants:**

a) Violations of Provisions of 15 U.S.C. 1692e, For Willfully and Maliciously Filing a Known False and Perjured Credit Information About the Plaintiff With Debt Collector, EOS-CCA.

b) Violations of Provisions of 15 U.S.C. 1692e, For Willfully and Maliciously Filing a Known False and Perjured Credit Information About the Plaintiff With Credit Bureaus.

c) Violations of Provisions of 15 U.S.C. 1692g, For Failure to Provide the Plaintiff With Debt Validation, Pursuant to 15 U.S.C. 1692g.

d) Violations of Provisions of 15 U.S.C. 1692e, For Willfully and Maliciously, Falsely Misrepresenting the Character, Amount and Legal Status of the Purported Debt.

e) Violations of Provisions of 15 U.S.C. 1692e, For Failing to Communicate that the Purported Debt Was Known to be False, and Was in Dispute.

f) Violations of Provisions of 15 U.S.C. 1692f, For Predatorily and Fraudulent Collecting Monies for Defective Equipment, and For Services Not Provided, and for Services **that are Not Expressly Authorized on the Instant Contract, or Permitted By Law.**

g) Violations of Provisions of 15 U.S.C. 1692d, For Criminally Harming Plaintiff's Reputation.

**Case #:** _____

**h)**  Unlawful, Unilateral and Arbitrary Breach of Contract.

**i)**  Internet Fraud, Mail Fraud, Wire Fraud.

**j)**  False Advertisement.

**k)**  Negligent and Reckless Disregard for the Truth, Life and Credit Standing of Plaintiff.

**l)**  Violation of U.C.C., Article 2 *(Statutes of Frauds)*.

**m)** Violation of 18 U.S.C. 1341. *(Internet, Mail and Wire Fraud)*.

**n)**  Violation of 18 U.S.C. 1343 *(Internet, Mail and Wire Fraud)*.

**o)**  Violation of 15 U.S.C.A. § 1125(a) *(False Advertising)*.

**p)**  Violation of Maryland Uniform Commercial Code.

**q)**  Violation of Maryland Consumer Protection Act.

**r)**  Violation of MD Code, Commercial Law, Title 13.

**s)**  Violation of Fed. R. Civ. P. 18(a).

**t)**  Violation of Federal Reserve Board Regulation Z, 12 CFR § 226.

**Case #:** _____

# ELEMENTS & BACKGROUND OF LAWSUIT.

## ELEMENTS OF THIS LAWSUIT.

### Statutes of Limitation.

1.  The U.S. and Maryland "Statutes of Limitation" for Breach of Contract Under U.C.C. is 4 Years.

2.  The U.S. and Maryland "Statutes of Limitation" for Fraud is Three (3) Years.

3.  The U.S. and Maryland "Statutes of Limitation" for False Advertising/Product Liability is Three (3) Years.

4.  The U.S. and Maryland "Statutes of Limitation" for Negligence is Three (3) Years.

5.  Injuries/Harm Sustained By the Plaintiff Occurred Between Feb. 28th, 2008 and July 28th, 2009.

6.  This Instant Law Suit was Filed On or About April 9th, 2010.  This Case Is  Timely Filed and Well Within the "Statutes of Limitation" Delineated Above. This Law Suit is Not Time Barred.

**Case #:** _____

**Jurisdiction, Diversity, Maryland Long Arm Law, Venue,
Maryland MTCA And LGTC Law.**

**Jurisdiction.**

7. Jurisdiction, Declaratory and Injunctive Relief is Proper Under this Court, and Invoked Pursuant to 15 USC § 1601 *et seq* (Fair Debt Collection Practices Act); 18 U.S.C. 1341 (Wire/Internet and Mail Fraud); 18 U.S.C. 1343 (Wire/Internet and Mail Fraud); 15 U.S.C.A. § 1125(a) (False Advertising); U.C.C. Article 2 (Statutes of Frauds); Maryland Uniform Commercial Code; Maryland Consumer Protection Act; MD Code, Commercial Law, Title 13; 28 USC §§ 1331, 1337; Fed. R. Civ. P. 18(a); and Federal Reserve Board Regulation Z, 12 CFR § 226.

**Diversity.**

8. Plaintiff is a Natural Person, and a Citizen of the United States, Domiciled in the Great State of Maryland.

9. Defendants, ATT Mobility, LLC; CEO; CFO; President; and Board of Directors, and other Yet to be Identified Defendants, are Owners and Providers of Voice and Internet Services in the Great State of Maryland.

10. This Court Has Pendant and Supplemental Jurisdiction Over State Claims Alleged in this Complaint.

11. The Claims Alleged from these Events Occurred in Maryland. The Plaintiff and Defendants are all Located in Maryland. Diversity Issues are Indeterminate at this Stage of Litigation. Plaintiff Hereby Reserves His Rights to Amend His Complaint if it is Determined that Defendants have Out of State Entities.

12. The Claims/Issues Raised in this Complaint Exceeds the Value of $75,000.00.

Kess Tani                          Page 6 of 58

**Case #:** _____

**Maryland Long Arm Law.**

13. Maryland Long Arm Statutes is Proper and Applicable, Because:

   a. All Defendants Transact Business and Perform Work in the State of Maryland.

   b. All Defendants Caused Tortuous Injuries/Harm to the Plaintiff in Maryland.

   c. All Defendants Did Cause a Tortuous Injuries/Harm in the State of Maryland.

   d. All Defendants Have an Interest, Use and Possess Real Estate in the State of Maryland.

   e. All Defendants have Insurance/Surety Covering Persons, Property, Risk, Contracts, Obligations, and Agreements within the State of Maryland.

**Venue.**

13. Venue is Proper and Applicable, Because:

   ❑ A Substantial Part of the Defendants' Unlawful Tortuous Acts and Injuries/Harm Sustained by the Plaintiff, Occurred in the State of Maryland.

   ❑ Defendants Reside and Conducts Business in the State of Maryland.

   ❑ Defendants are Subject to Personal Jurisdiction in the State of Maryland.

**Maryland MTCA & LGTC Law.**

14. Maryland MTCA & LGTA is Not Appilicable in this Case. It Should Be Noted that Federal and Maryland Statutes and Laws Invoked in this Lawsuit/Cause of Action Does Not Require that a Plaintiff Seek State and/or Local Remedies as a Prerequisite or Bar, Prior to Filing Multiple Violations Invoked in Plaintiff's Complaint, and Neither Does it Bar a Parallel Cause of Action in Both State and Federal Courts.

**Case #:** _____

## Parties.

**Plaintiff**:      Kess Tani, a Natural Person, and a Citizen of the United States of America Domiciled in the Great State of Maryland.

**Defendants:**    ATT Mobility, LLC – Voice & Internet Service Owner & Provider.

CEO – Chief Executive Officer For ATT Mobility, LLC.

CFO – Chief Financial Officer For ATT Mobility, LLC.

President (NE) – President For ATT Mobility, LLC.

Board of Directors – Board of Directors For ATT Mobility, LLC.

Yet To Be Identified Defendants – For ATT Mobility, LLC.

**Defendant(s)**

Case #: _____

## BACKGROUND.

15. Plaintiff is a Natural Person, a Nuclear/Electrical Engineer Who has Worked for Over Thirty (30) Years in the Construction, Operation and Inspection of Nuclear Power Plants Across the United States, and had Independent Contracts with the U.S. Department of Homeland Security (DHS) for Refurbishment of Military Communications and Radar Systems for Dept of Homeland Security (DHS) and other Clients.

16. Defendants, ATT Mobility, LLC; CEO, CFO, President, Board of Directors, and Yet To Be Identified Defendants are Owners and Providers of Voice and Internet Services, and Subject to FTC, FCC and Maryland Statutes, Laws and Regulations.

17. Plaintiff and ATT Mobility Entered into a Contract in Which Both Parties Agreed that ATT Mobility Shall Provide New Voice and Wireless Data Services and Equipment for Two (2) Years, and that the Plaintiff Shall Pay $99.99 Plus Taxes Per Month for the Two (2) Years of the Contract.

18. ATT Mobility Failed to Perform the Terms of the Contract by Consistently Furnishing the Plaintiff with Known Defective, Decrepit, In-Operable, Poorly Refurbished Hardware, Firmware/Software, and Wireless Data Services; and Fraudulently Collecting Monies for Defective, Decrepit, In-Operable, Poorly Refurbished Hardware, Firmware/Software, and Wireless Data Services; and for Services Not Provided, and Fraudulently Adjusting/Manipulating the Plaintiff's Account. In So Doing, ATT Mobility Breached the Contract.

19. Furthermore, ATT Mobility Breached the Instant Contract By Unlawfully, Unilaterarily and Arbitrarily Terminating the Contract and Agreeing to Waive the Early Termination Fee (ETF), Which ATT Mobility Also Failed to Perform Per the Contract.

20. ATT Mobility Willfully, Maliciously Then Proffered Known False Credit Information about the Plaintiff to Debt Collector(s) and the Credit Bureaus.

**Case #:** _____

21. Plaintiff Filed a Debt Validation Request With ATT Mobility and Its Debt Collector(s).

22. ATT Mobility Failed/Refused to Respond to Plaintiff's Debt Validation Request.

23. Plaintiff Moved to File a "Notice of Violations and Intent To Sue" With ATT Mobility.

24. On or About March 11th, 2010, ATT Mobility Sent an Unacceptable Settlement Offer of $85.28.

**PS:**

25. Plaintiff Humbly Draws the Court's Attention to the Fact that the Settlement Amount is Not Even Realist for Repairing the Damage Done by ATT Mobility to the Plaintiff's Credit Record/History.

26. ATT Mobility's Unlawful Actions Delineated Above and ATT Mobility's Unacceptable Settlement Offer is Now the Gravamen of this Litigation.

Case #: _____

## STATEMENT OF MATERIAL FACTS.

27. On or About February 27th, 2008 Plaintiff got an Advertising by Mail From ATT Mobility and
    Signed Up for ATT Mobility's [1]Sierra Wireless AC881 Air Card Phone/Modem Advertisement
    Plan for Laptops.  Plaintiff Paid $149.99 + $60.00 for a Total of $200.00, for Voice and Wireless
    Air Card Data Service, With Contract Agreement of a $100.00 Rebate. The Table Below
    Delineates The Type Plan, and the Total Per Month.

| Item #. | Description | Rate Plan | Per Month Service Rate/Cost/Fees |
|---|---|---|---|
| | | | |
| 1 | Voice Ph.#: 410-693-4487 | NTN450RUMM5KNW Unlimited Exp M2M Minutes, With Roll Over Minutes | $39.99 |
| 2 | Wireless Data. Ph.#: 410-693-6268 | NTN450RUMM5KNW 5 GB of Transferred Data. | $60.00 |
| Total | | | $99.99 + Fed Charges + Taxes |

28. The Components for the Instant Advertised Service Arrived On or About March 3rd, 2008.
    Plaintiff Checked to See ATT Mobility's Written Technical Specifications and System
    Requirements for the [1]Sierra Wireless AC881 Air Card Phone/Modem to Determine
    Compatibility With the Written Technical Specifications and System Requirements of Plaintiff's
    Toshiba Laptop. The Technical Specifications and System Requirements Seemed to Match.
    ***Please See Exhibit 1, as Material Evidence in Support of this Allegation/Material Fact.***

---

[1]Air Card is an Electronic Devices Used to Access the Internet From "Anywhere in the World" Wirelessly, As
Advertised By ATT Mobility.

**Case #:** _____

29. After the Reading and Reviewing the Installation Instructions, Plaintiff Installed the Accompanying Software and [1]Sierra Wireless AC881 Air Card Phone/Modem /Hardware in to His Toshiba Laptop.  Upon Boot Up, Plaintiff's Computer Locked Up (Won't Respond to Any Keyboard or Morse Inputs).

30. Plaintiff was Stumped.  So Plaintiff Tried the same Procedure With Plaintiff's Acer Laptop, and It Locked Up Also.  By the Troubleshooting Process of Deductions/Elimination, Plaintiff came to the Conclusion that ATT Mobility [1]Sierra Wireless AC881 Air Card Phone/Modem was the Culprit.

31. On or About March 3rd, 2008, Plaintiff Verbally Made a Complaint to ATT Mobility.

32. On or About March 5th, 2008, ATT Mobility Recommended a Fix, and Sent Plaintiff a [2]SIM Card (Subscriber Identity Module) for the [1]Sierra Wireless AC881 Air Card Phone/Modem.

33. Upon Installation of the SIM Card into the [1]Sierra Wireless AC881 Air Card Phone/Modem, The Air Card That Was Advertised and Billed as a Device that Can "Access the Internet From Anywhere in the World" Failed Again. Plaintiff then Notified ATT Mobility of the Equipment Failures Again.

34. On or About March 20th, 2008, ATT Mobility Issued a Return Label/Authorization, and Plaintiff Returned the [1]Sierra Wireless AC881 Air Card Phone/Modem to ATT Mobility, After Discovering that the [1]Sierra Wireless AC881 Air Card Phone/Modem Was Not New (It was a Repaired/Refurbished Unit, Falsely Advertised as a New Air Card) and The SIM Card Was Not the Latest Revision As Advertised by ATT Mobility. ***Please See Exhibit 2 as Material Evidence in Support of this Allegation/Material Fact.***

---

[2]A SIM Card is an Electronic Device Containing the Software/Firmware, that When Inserted into the Air Card, Instructs the Air Card What to Do and What Codes to Respond To or Disregard.  If the SIM Card Contains Faulty Firmware/Software, then It Becomes  "Garbage In Garbage Out" From the Get Go.

Case #: _____

35. On or About April 3rd, 2008 ATT Mobility Finally Acknowledged Receipt of the ¹Sierra Wireless AC881 Air Card Phone/Modem. ***Please See Exhibit 3 as Material Evidence in Support of this Allegation/Material Fact.***

36. On or About April 10th, 2008, Plaintiff Again Received a Second Round of Another ¹Sierra Wireless AC881 Air Card Phone/Modem, Which Also Failed Miserably. Plaintiff Notified ATT Mobility of the Failures.

37. On or About April 15th, 2008, Due to the Consistent Failures/In-Operability of the ¹Sierra Wireless AC881 Air Card Phone/Modem, and SIM Cards, Plaintiff Again Returned the Instant Items, With ATT Mobility's Return Label/Authorization Dated April 15th, 2008.   ***Please See Exhibit 4 as Material Evidence in Support of this Allegation/Material Fact.***

38. On or About August 28th, 2008 the ¹Sierra Wireless AC881 Air Card Phone/Modem Was Replaced With an Option Wireless Hsupa Express Phone Card, By ATT Mobility and ATT Mobility Fraudulently OverBilled Plaintiff $99.99, While and When Monies from the Previously Defective Returned Air Cards Had Not Been Refunded/Credited to the Plaintiff's Account. ***Please See Exhibit 5 as Material Evidence in Support of this Allegation/Material Fact.***

39. Plaintiff Again Installed the Accompanying Software and Option Wireless Hsupa Express Phone Card in to His Toshiba Laptop.  Upon Boot Up, Plaintiff's Computer Locked Up Again.

40. Once Again Plaintiff Tried the Same Procedure With His Acer Laptop, and It Locked Up Also. By the Troubleshooting Process of Deductions/Elimination, Plaintiff Came to the Conclusion that ATT Mobility Option Wireless Hsupa Express Phone Card Was the Culprit.

41. On or About September 3rd, 2008, Plaintiff Again Contacted ATT Mobility, and ATT Mobility Recommended a Fix and Sent Plaintiff a ²SIM Card (Subscriber Identity Module) for the Option Wireless Hsupa Express Phone Card.

**Case #:** _____

42. Upon Installation of the SIM Card into the Option Wireless Hsupa Express Phone Card, The Air Card That Was Advertised and Billed as a Device that Can "Access the Internet From Anywhere in the World" Failed Again.

43. On or About October 6th, 2008, the Option Wireless Hsupa Express Phone Card was Still Not Working/Functioning.

44. Plaintiff Contacted ATT Mobility Again About the Failure of ATT Mobility's Equipment.

45. Finally, On or About November 24th, 2008, ATT Mobility Instructed the Plaintiff to Return the Option Wireless Hsupa Express Phone Air Card With Return Label/Authorization (RMA44062400). Plaintiff Retuned Items Within 10 Days of the RMA. *__Please See Exhibit 6 as Material Evidence in Support of this Allegation/Material Fact.__*

46. On or About November 25th, 2008, ATT Mobility Warrantee Department Replaced the Option Wireless Hsupa Express Phone Card with Yet Another Repaired/Refurbished Unit. *__Please See Exhibit 7 as Material Evidence in Support of this Allegation/Material Fact.__*

47. Plaintiff Contacted ATT Mobility Again About the Failure of the Replacement Air Card.

48. On or About December 19th, 2008, ATT Mobility, Again Recommended a Fix and Sent Plaintiff a [2]SIM Card (Subscriber Identity Module) for the Option Wireless Hsupa Express Phone Card. *__Please See Exhibit 8 as Material Evidence in Support of this Allegation/Material Fact.__*

49. Upon Installation of the SIM Card into the Option Wireless Hsupa Express Phone Card, The Air Card That Was Advertised and Billed as a Device that Can "Access the Internet From Anywhere in the World" Failed Again.

50. On or About January 6th, ATT Mobility Once Again Furnished Plaintiff with a Repaired/Refurbished Option Wireless Hsupa Express Phone Air Card. *__Please See Exhibit 9 as Material Evidence in Support of this Allegation/Material Fact.__*

**Case #:** _____

51. On or About January 6th, 2009 Plaintiff Declined the Repaired/Refurbished Option GT Ultra Wireless Air Card, and Insisted on a New Air Card in Accordance with the Contract Plaintiff Entered into With ATT Mobility.

52. On or About February 13th, 2009 ATT Mobility Unilaterally Terminated the Contract, and Agreed to Waive the ETF (Early Termination Fee) and Sent Plaintiff a Predatory and Fraudulent Bill of 115 Minutes For Voice and Text Messaging Usage of 41 Messages, While the Records Shows an Outstanding Roll Over Minutes in Excess of 1071 in December 2008, and 285 Roll Over Minutes for February 2009; and the Fact that Plaintiff did not Text Message During the Time Period He Had Signed Up for the Voice and Internet Service. ***Please See http://www.eweek.com/c/a/Mobile-and-Wireless/ATandT-Offers-18-Million-to-Settle-Early-Termination-Fee-Complaints-103559/, Where ATT Mobility Agreed to Settling ETF Litigation Such as in this Instant Case.***

53. ATT Mobility Clearly Did Not Waive the EFT Fees, and Did Not Honor the Rebate as Advertised and Agreed to in ETF Settlement Case Cited Above. In So Doing Violated the Above Agreed to Court Settlement.

**PS:**

54. Plaintiff Humbly Draws this Honorable Court's Attention to Plaintiff's Exhibits 1 Through 9 and the Table Below Which Delineates the Number of Times ATT Mobility Willfully and Knowingly Furnished the Plaintiff with Known Defective, Decrepit, In-Operable, Poorly Refurbished Hardware, Firmware/Software, and Wireless Data Services, From February 27th, 2008 Through February 13th, 2009.

55. Furthermore, Please Note the Fact that During this Time Period ATT Mobility was Predatorily and Fraudulently OverBilling, Fraudulently Adjusting/Manipulating Plaintiff Account and Collecting Monies for Defective Products and for Services Not Provided.

Case #: _____

| Date | ATT Mobility Actions | Exhibit # | Remarks |
|---|---|---|---|
| | | | |
| 03/03/2008 | Original Order For Voice & Data | 1 | Order For Sierra AC 881. |
| 03-05-2008 | ATT Mobility's Recommend Fix- Sent SIM Card | N/A | Sent SIM Card Failed/Defective. |
| 03-20-2008 | Return Authorization For Sierra AC881 | 2 | Return of Failed/Defective Equipment. |
| 03-25-2008 | ATT Mobility's Acknowledgment of Receipt of Failed/Defective Equipment | 3 | Acknowledgement. |
| 04-10-2008 | Replacement Sierra AC881 | N/A | ATT Mobility Sent Replacement Air Card |
| 04-15-2008 | Return Authorization For Sierra AC881 | 4 | Return of Failed/Defective Equipment. |
| 08-24-2008 | Replacement of Sierra AC881 With Option Express Wireless Hsupa Air Card | 5 | ATT Mobility Sent Replacement Air Card |
| 09-03-2008 | ATT Mobility's Recommend Fix- Sent SIM Card | N/A | Sent SIM Card Failed/Defective. |
| 10-06-2008 | Plaintiff Again Reports Failure of Equipment | N/A | Option Express Air Card Still Not Working |
| 11-24-2008 | Return Authorization For Option Express Air Card | 6 | Return of Failed/Defective Equipment. |
| 11-25-2008 | ATT Mobility Warrantee Dept. Replaced Defective Air Card With Another Option Express Air Card | 7 | ATT Mobility Sent Replacement Air Card |
| 12-19-2008 | ATT Mobility's Recommend Fix- Sent SIM Card | 8 | Sent SIM Card Failed/Defective. |
| 01-06-2009 | ATT Mobility Warrantee Dept. Replaced Defective Air Card With Option GT Air Card | 9 | ATT Mobility Sent Replacement Air Card |
| 01-08-2009 | Plaintiff Declines Replacement. | N/A | Plaintiff Demands Compliance With Contract |
| 02-13-2009 | ATT Unilaterally Terminated Contract | N/A | Failed/Refused to Waived ETF |

Case #: _____

56. ATT Mobility's Furnishing the Plaintiff with Known Defective, Decrepit, In-Operable, Poorly Refurbished Hardware, Firmware/Software, and Wireless Data Services, From February 27th, 2008 Through February 13th, 2009, and ATT Mobility Predatorily and Fraudulently OverBilling, Fraudulently Adjusting/Manipulating Plaintiff Account and Collecting Monies for Defective Products and for Services Not Provided, **Is and Was Not Expressly Authorized on the Instant Contract, or Permitted By Law.**

57. On or About June 14th, 2009, ATT Mobility Unlawfully, Willfully, Maliciously and Falsely Proffered a Known False, Malicious and Fraudulent Credit Report About Plaintiff to the Three Credit Bureaus Without Providing Plaintiff With Validation of Debt.

58. On or About June 14th, 2009, ATT Mobility Unlawfully, Willfully, Maliciously and Falsely Proffered a Known False, Malicious and Fraudulent Credit Report About Plaintiff to ATT Mobility's Debt Collector Named "EOS-CCA".

59. On or About June 20th, 2009, Plaintiff Filed a Request For Debt Validation With ATT Mobility and Its Debt Collector Named "EOS-CCA".

60. On or About July 20th, 2009, ATT Mobility and ATT Mobility's Debt Collector Debt Collector Named "EOS-CCA" Failed/Refused to Provide Plaintiff With Debt Validation on the Disputed/Purported Debt.

61. On or About January 2nd, 2010 ATT Mobility Debt Collector "EOS-CCA)" Refused to Collect the Fraudulent and Predatory Debt, and Returned Collection to ATT Mobility. ***Please See Exhibit 10 as Material Evidence in Support of this Allegation/Material Fact.***

62. On or About February 12th, 2010, Plaintiff Filed a Notice of Violations and Intent To Sue, With ATT Mobility.

63. On or About March 11th, 2010, ATT Mobility Offered an Unacceptable Settlement Offer of $85.28.

Kess Tani                              Page 17 of 58

**Case #:** _____

64. Plaintiff Declined the Settlement Offer. ATT Mobility's Settlement Offer Left the Plaintiff With No Choice But to Seek Legal Redress/Recourse in State and/or Federal Courts.

## PROOF OF ATT MOBILITY'S DEFRAUDING, OVERBILLING & FRAUDULENTLY ADJUSTING/MANUPULATING PLAINTIFF'S ACCOUNT.

65. As of February 27th, 2008, the Balance on the Instant Contract's Account was $0.00

66. On or About February 27th, 2008, Plaintiff Paid $149.99 + $60.00 for a Total of $200.00 for Voice and Wireless Data Services, With Contract Agreement for a $100.00 Rebate.

67. ATT Mobility Defrauded Plaintiff of His $100.00 Rebate.

68. ATT Mobility Defrauded Plaintiff of Early Termination Fees (ETF).

69. ATT Mobility Fraudulently OverBilled for Option Express Air Card for $99.99, While and When Monies from the Previously Defective Returned Air Cards Had Not Been Refunded/Credited to the Plaintiff's Account. *Please See Exhibit 5 as Material Evidence in Support of this Allegation/Material Fact.*

70. During the Billing Cycle of 02/27/08 To 03/28/08, While ATT Mobility Willfully, Knowingly Furnished Plaintiff with Defective, Decrepit, In-Operable, Poorly Refurbished Hardware, Firmware/Software, and Wireless Data Services, ATT Mobility was Predatorily and Fraudulently Billing and OverBilling for the Returned Defective Equipment, and For Services Not Provided, in the Amount of $377.07. *Please See Exhibit 11 and 12 as Material Evidence in Support of this Allegation/Material Fact.*

Case #: _____

## ATT MOBILITY UNLAWFULLY BREACHED THE CONTRACT.

71. ATT Mobility's Contract That Plaintiff Agreed/Signed Up For, was as Follows:

| Item #: | Description | Rate Plan | Per Month Service Rate/Cost/Fees |
|---------|-------------|-----------|----------------------------------|
|  |  |  |  |
| 1 | Voice Ph.#: 410-693-4487 | NTN450RUMM5KNW Unlimited Exp M2M Minutes, With Roll Over Minutes | $39.99 |
| 2 | Wireless Data. Ph.#: 410-693-6268 | NTN450RUMM5KNW 5 GB of Transferred Data. | $60.00 |
| Total |  |  | $99.99 + Fed Charges + Taxes |

72. Plaintiff's Obligation to the Contract Was To Pay $99.99 Plus Taxes Per Month.

73. ATT Mobility's Obligations was to:

    a. Provide Quality Voice Phone Services.

    b. Provide Quality Wireless Data Services.

    c. Provide Quality New, Non-Defective Hardware, and Firmware/Software.

74. Plaintiff Kept His Obligation to the Contract By Paying Ahead, and Above and Beyond the Minimum Payment of $99.99 Plus Taxes.

75. On or About February 13th, 2009 ATT Mobility Unilaterally Terminated the Contract, and Agreed to Waive the ETF (Early Termination Fee).

76. ATT Mobility Failed to Waive the ETF as Agreed.

Kess Tani                Page 19 of 58

Case #: _____

77. ATT Mobility Has No-Non Discriminatory, Lawful, Engineering, Manufacturing, Quality Control/Assurance or Technical Justifications, for Consistently Furnishing the Plaintiff With Defective, Decrepit, In-Operable, Poorly Refurbished Hardware, Firmware/Software, and Wireless Data Services, From February 27th, 2008 Through March 14th, 2009, While at the Same Time Knowingly, Willfully, Predatorily, Fraudulently and Maliciously OverBilling the Plaintiff, and Fraudulently Adjusting/Manipulating Plaintiff's Account, for Services and Equipment Not Provided. **Please See** http://www.attripoff.com; http://tribeswell.com/att-rollover-minutes-are-a-rip-off.

78. ATT Mobility Unlawfully Collected Monies For Defective Equipment and Services Not Provided, and for Services and Products **that are Not Expressly Authorized on the Instant Contract, or Permitted By Law.**

79. ATT Mobility Demonstratively and Consistently Failed to Meet the Terms and Obligations of the Instant Contract.

80. Plaintiff Had Reasons to Believe That ATT Mobility Products Were New and Functional as Advertised, and the Voice and Wireless Data Services Advertised Were of the Best Quality.

81. Plaintiff Did Not Sign on to or Agree to a Contract Authorizing ATT Mobility to Provide Him With a Litany of Defective, Decrepit, In-Operable, Poorly Refurbished Hardware, Firmware/Software, and Wireless Data Services.

82. Plaintiff Did Not Sign on to or Agree to Contract Authorizing ATT Mobility to Predatorily, Maliciously and Fraudulent OverBill Him and Fraudulently Adjust/Manipulate His Account.

83. Plaintiff Did Not Sign on to or Agree to a Contract Authorizing ATT Mobility to Fail to Provide Him With the Contracted Rebate of $100.00.

84. Plaintiff Did Not Sign on to or Agree to Contract Authorizing ATT Mobility To Unilaterally, Malicious and Arbitrarily Terminate the Instant Contract, While Plaintiff Was Not in at Fault.

Case #: _____

85. ATT Mobility Had No Legal Valid Defense to Breach the Instant Contract.  Wherefore, ATT Mobility, CEO, CFO, President and Board of Directors are Liable To the Plaintiff By Law.

86. ATT Mobility's Unlawful Actions Directly/Proximately Caused Injuries/Harm to the Plaintiff.

## ATT MOBILITY'S DEFRAUDED (INTERNET, MAIL & WIRE FRAUD) THE PLAINTIFF.

87. ATT Mobility Made Representations that the Air Cards and SIM Cards Furnished to the Plaintiff were New and Functional, Capable of "Accessing the Internet From Anywhere in World", High Quality Products, and Reliable Wireless Data Services.

88. ATT Mobility Made the Representations with the Intent that the Plaintiff and a Substantial Portion of Its Targeted Audience Would Rely on it, and Buy ATT Mobility Products and Services. **Please See** http://www.attripoff.com; http://www.ucan.org/forum/forums/telecommunications/wireless_phone/att_mobility_aka_cingular_billing_dispute.

89. Plaintiff Relied on ATT Mobility's Representations.

90. ATT Mobility, Consistently Provided the Plaintiff With Defective, Decrepit, In-Operable, Poorly Refurbished Hardware, Firmware/Software, and Wireless Data Services

91. ATT Mobility Representations of its Products' Character, Functionality, Capabilities, Quality and Reliability Were and Are False.

92. ATT Mobility Knew or Should Have Known that Its Representations of its Products' Character, Functionality, Capabilities, Quality and Reliability Were and Are False.

Case #: _____

93. ATT Mobility Fraudulently and Unlawful Collected Monies For Defective Equipment and Services Not Provided, and for Services and Products that are ***Not Expressly Authorized on the Instant Contract, or Permitted By Law.***

94. ATT Mobility Fraudulently Failed to Provide the Plaintiff With $100.00 Rebate Agreed to in the Instant Contract.

95. ATT Mobility Fraudulently Failed to Waive the Early Termination Fees (ETF) that ATT Mobility Agreed to Waive, When ATT Mobility Unilaterally, Unlawfully and Arbitrarily Terminated the Instant Contract.

96. ATT Mobility's Unlawful Actions Directly/Proximately Caused Injuries/Harm to the Plaintiff.

## ATT MOBILITY'S FALSE ADVERTISEMENTS.

97. ATT Mobility Failed to Disclose in Its False Advertisement that ATT Mobility's Equipment to be Furnished for the Voice and Wireless Data Services to the Plaintiff and a Substantial Portion of Its Targeted Audience were Defective, Decrepit, In-Operable, Poorly Refurbished Hardware, Firmware/Software, and Wireless Data Services.

98. The Falsely Advertised ATT Mobility's Products and Services Involves Goods and Services in Interstate Commerce.

99. The Instant ATT Mobility's False Advertisement Deceived the Plaintiff and a Substantial Portion of Its Targeted Audience to Procure Defective, Decrepit, In-Operable, Poorly Refurbished Hardware, Firmware/Software, and Wireless Data Services. **Please See** http://forums.wireless.att.com/t5/LaptopConnect-Tethering/Air-Card-Rip-Off/m-p/1485155?view=by_date_ascending.

Case #: _____

100.    ATT Mobility's Unlawful Actions Directly/Proximately Caused Injuries/Harm to the Plaintiff.

## ATT MOBILITY'S NEGLIGENCE & RECKLESS DISREGARD FOR THE TRUTH, LIFE & PLAINTIFF'S CREDIT STANDING.

101.    As a Product Manufacturer, ATT Mobility Owes a Duty to the Plaintiff and a Substantial Portion of Its Targeted Audience, Because ATT Mobility Willfully, Knowingly, Predatorily and Fraudulently Provided Known Defective, Decrepit, In-Operable, Poorly Refurbished Hardware, Firmware/Software, and Wireless Data Services.

102.    ATT Mobility Breached This Instant Duty By Willfully, Maliciously, Fraudulently and Malevolently Overbilling for Known Defective Equipment and Services Not Provided; Making Fraudulent Adjustment/Manipulating Plaintiff's Account.

103.    ATT Mobility Knew or Should Have Known that ATT Mobility Breached the Duty Owed to the Plaintiff, and Any Reasonable Person Would Recognize this Breach of Duty.

104.    Damages to the Plaintiff was Caused by ATT Mobility's Breach of the Contract/Duty.

105.    Plaintiff Humbly Submits and Argues that ATT Mobility's Unlawful Actions, Unbridled/Untamed and Malevolent Greed, that is Devoid of Any Moral Compass, and Recognizes No Boundaries is Extreme, Outrageous and Dangerous.

106.    ATT Mobility's Unlawful Actions Directly/Proximately Caused Injuries/Harm to the Plaintiff.

Case #: _____

## ATT MOBILITY UNLAWFULLY, WILLFULLY, KNOWINGLY PROFFERED KNOWN FALSE & MISLEADINGLY CREDIT INFORMATION TO DEBT COLLECTOR(S).

107.　　On or About June 14th, 2009, ATT Mobility Willfully, Knowingly, Maliciously, Falsely and Misleadingly Proffered False and Misleading Credit Report About the Plaintiff to ATT Mobility's Debt Collector Named "EOS-CCA".

## ATT MOBILITY UNLAWFULLY, WILLFULLY, KNOWINGLY PROFFERED KNOWN FALSE & MISLEADINGLY CREDIT INFORMATION TO CREDIT BUREAUS.

108.　　On or About June 14th, 2009, ATT Mobility Willfully, Knowingly, Maliciously, Falsely and Misleadingly Proffered False and Misleading Credit Report About the Plaintiff to Credit Bureaus.

## ATT MOBILITY UNLAWFULLY FAILED TO PROVIDE PLAINTIFF WITH DEBT VALIDATION.

109.　　On or About July 20th, 2009, ATT Mobility and ATT Mobility's Debt Collector EOS-CCA Failed to Provide Plaintiff With Debt Validation on the Disputed/Purported Debt.

Case #: _____

## ATT MOBILITY UNLAWFULLY, WILLFULLY, KNOWINGLY, AND FALSELY MISREPRESENTED THE CHARACTER, AMOUNT AND LEGAL STATUS OF PURPORTED DEBT.

110.    On or About June 14th, 2009, ATT Mobility Falsely Misrepresented the Character, Amount and the Legal Status of the Purported Debt.

## ATT MOBILITY UNLAWFULLY FAILED TO PROVIDE THE PLAINTIFF WITH INITIAL COMMUNICATION.

111.    On or About June 14th, 2009, ATT Mobility Failed to Provide Initial Communication to the Plaintiff, Stating that the Purported Debt was Known to be False, Fraudulent and in Dispute, and that it was being Turned Over to Debt Collectors and Reported to the Credit Bureaus.

## ATT MOBILITY UNLAWFULLY, PREDATORILY AND FRAUDULENTLY COLLECTED MONIES FOR DEFECTIVE PRODUCTS AND FOR SERVICES NOT PROVIDED.

112.    Between February 27th, 2008 and July 24th, 2009, ATT Mobility Unlawfully, Predatorily and Fraudulently Collected Monies from the Plaintiff for Defective, Decrepant, In-Operable, Poorly Refurbished Hardware, Firmware/Software, and Wireless Data Services; OverBilled, and Fraudulently Adjusted/Manipulated Plaintiff Account, and for Services Not Provided.

**Case #:** _____

## ATT MOBILITY CRIMINAL HARMED PLAINTIFF'S REPUTATION.

113.     On or About June 24th, 2009, ATT Mobility Criminally Harmed the Plaintiff By
Willfully Proffering Known False, Perjured, Malicious Credit Reports to Debt Collectors
and Credit Bureaus. And the Credit Bureaus in Turn Provided the Instant Credit Reports
to Corporations, Companies, Investigative Entities, and Private Individuals, Etc.

Case #: _____

## HARM/INJURIES INFLICTED BY ATT MOBILITY.

Pursuant to Federal and Maryland Fraud Statutes/Laws, Plaintiff is Not Mandated to Prove Harm/Injuries. However, As a Direct/Proximate Results of ATT Mobility's Unlawful, Predatory, Fraudulent, False Advertising, Malevolent OverBillings and Fraudulent Account Manipulation/Adjustments, Plaintiff Has and Did Sustain the Following Injuries/Harm:

114.    Inability To Secure Credit.

115.    Inability To Secure a Job.

116.    Corporations, Companies, Government Agencies, Private Persons Now Have Incorrect, Malicious, False, Perjured Credit Information About Plaintiff, as a Direct/Proximate Results of ATT Mobility's Negligent, Reckless Disregard for the Truth, Unlawful, Predatory, Fraudulent, False Advertising, Malevolent OverBillings, and Fraudulent Account Adjustments.

117.    Plaintiff's Credit is Decimated. Any Future Repairs to the Plaintiff's Credit Record/History Does Not Provide any Good Assurance that the Plaintiff's Credit was Repaired on All The Databases/Servers that Contain the False, Perjured and Malevolent Credit Reports of ATT Mobility, About the Plaintiff.

118.    Time and Business Income Lost As a Result Direct/Proximate Results of ATT Mobility's Knowingly and Willfully Proffering Known False Credit Information to the Credit Collectors and the Credit Bureaus.

Case #: _____

119.     Plaintiff Humbly Submits and Argues that ATT Mobility Has Been on the Binge of
         Destroying the Lives of the Blind, Homeless, Aging Parents, Jobless,
         Terminally Ill, and Other Poor and Inflicted Ones Since the Advent of the Telephone and
         Recently, the Advent of the Cell Phone. **As An Example, the Following WebSites**
         **Delineate a Sample Fraction of the Unlawful, Predatory, Fraudulent, Malicious and**
         **Malevolent Activities of ATT Mobility, LLC; CEO, CFO, President, Board of**
         **Directors, has and continues to Perpetrate on the Unsuspecting American Citizenry:**

         http://www.attripoff.com

         http://forums.wireless.att.com/t5/LaptopConnect-Tethering/Air-Card-Rip-Off/m-
         p/1485155?view=by_date_ascending

         http://www.ucan.org/forum/forums/telecommunications/wireless_phone/att_mobilit
         y_akacingular_billing_dispute

         *http://www.eweek.com/c/a/Mobile-and-Wireless/ATandT-Offers-18-Million-to-Settle-*
         *Early-Termination-Fee-Complaints-103559/*

         http://www.oreillynet.com/etel/blog/2007/07/att_rebate_case_going_forward.html

         http://whatsonmypc.wordpress.com/2008/12/05/beware-telephone-bill-rip-off/

         *http://www.kyphilom.com/www/att.html*

         *http://coreyshields.com/node/69*

         *http://clarkhoward.com/liveweb/shownotes/2009/03/19/15357/*

         *http//:www.lawyersandsettlements.com/case/at-t-mobility-to-pay-2...*

Kess Tani                    **Page 28 of 58**

Case #: _____

## ANALYSIS OF ATT MOBILITY'S LIABILITY.

120.     ATT Mobility Was at All Times Relevant to the Events Mentioned Herein,
         ATT Mobility *Acted Outside the Scope of their Lawfully Authorized Purview* as
         Lenders/Creditor, Debt Collectors.

121.     At All Times Relevant to the Events, ATT Mobility are and were Owners, Providers of
         Voice/Wireless Data Service, and Ad-Hock Lenders/Creditors, and Debt Collectors, Who
         Engaged in Unlawful, Predatory, Malicious and Fraudulent OverBilling and Fraudulent
         Account Adjustment/Manipulations of Plaintiff's Account For Ill Gotten Wealth, in
         Violation of Statutes and Laws Invoked in Plaintiff's Complaint.

122.     Plaintiff Humbly Submits and Argues That When the Economy is So Bad and
         Hard, and American Citizenry/Populace Who Keeps ATT Mobility Alive Financially and
         as a Corporation, Are Being Layed – Off, Left and Right, This is Not The Time For ATT
         Mobility and the Likes of Verizon to Jack Up Communication Prices and Impose
         Parasitic "Monthly Products" Like Texting Fees, Overages, Etc on the American
         Populace. Why Can't These CEOs, CFO's, Presidents and Board of Directors "See the
         Destructive Effects of this Blind Greed"? Can't Take All The Money With You. Can
         You? You Windup Bankrupt From Stealing From the Poor, Widows, Orphans,
         Terminally Ill and Helpless, Etc.

123.     Plaintiff Humbly Further Argues and Submits that this Mindless Corporate
         Uncontrolled Blind Greed, that is Devoid of Any Moral Restraint
         Will *"Self Destruct"* Everyone in the Business Sector, Including ATT Mobility LLC;
         CEO CFO, Presidents and Board of Directors; Investors, Share Holders; U.S.
         Citizenry/Populace; Executive, Legislative, and Judicial Branch of the US and State
         Governments, if Allowed to Run Amok. Any Reasonable Person Can See Where this
         Blind Greed is Leading Us. We are All Going Down the Shutters - Total Disaster!!!
         Who is Going to Enjoy All These Ill Gotten/Stolen/Plundered Wealth?

Case #: _____

124.     ATT Mobility Unlawful Actions, Deprived/Stripped Plaintiff's of His Consumer
         Protection and Civil Rights.

125.     ATT Mobility's Decision/Policy Makers (i.e. CEO, CFO, President, Board of
         Directors, Etc,) are Liable To the Plaintiff for the Unlawful Actions of its Employees,
         Agents and/or Representatives Directly, Under the Doctrine of *respondeat superior*.

126.     This Action is Brought Against the ATT Mobility, CEO, CFO, President, Board
         of Directors, Etc, in their Individual and Official Capacities, for Violations of
         Plaintiff's Rights.


## ATT MOBILITY'S IMPROPER ULTERIOR MOTIVE(S):

127.     Plaintiff Met His Obligation to this Instant Contract.

128.     ATT Mobility and Its CEO, CFO, President and Board of Directors, Etc, Failed
         to Meet Their Obligation to this Instant as is Evidence and Demonstrated From
         This Complaint and Material Supporting Evidence and Facts.

129.     ATT Mobility and Its CEO, CFO, President and Board of Directors' Motive
         is to Make Quick Ill Gotten Financial Gain (Blood Monies) in any Way
         Possible, Including But Not Limited to Predatory Fraud, False Misrepresentations, False
         Advertising and Fraudulent OverBillings, and Fraudulent Account
         Adjustments/Manipulations, on the Back of the Plaintiff and American Citizenry.

130.     ATT Mobility and Its CEO, CFO, President and Board of Directors, are
         Determined to Crush, Punish and Destroy Plaintiff, if Plaintiff Disputes Any
         Fraudulent Amounts Purportedly Owed, By Sending a Known False,
         Malevolent/Malicious and Perjured Credit Information About the Plaintiff to Debt
         Collectors and Credit Bureaus, So Plaintiff Can't Obtain A Job or Credit.

Case #: _____

## PROXIMATE CAUSATION OF ATT MOBILITY'S UNLAWFUL ACTIONS.

132.    In So Far as ATT Mobility Had No Non-Discriminatory, Lawful or Legitimate Reasons, to Arbitrarily and Unilaterarily Breach the Contract, Willfully File Known False, Malevolent/Malicious and Perjured Credit Reports With Debt Collectors and Credit Bureaus, the Proximate Causation of ATT Mobility's Unlawful, Arbitrary, Unilateral Intentional, Malicious, Malevolent, Reckless and Negligent Actions are:

- A "Deliberate Indifference" to the "Rule of Law" which they Swore to Comply With.
- A "Deliberate Indifference" to Plaintiff's U.S. Constitutionally Secured Rights.
- Deprive Plaintiff of His Consumer and Civil Rights.
- Vengefulness Against Plaintiff for Disputing the Fraudulent and Predatory Overbilling and Fraudulent Account Adjustments.
- Vengefulness Towards Plaintiff For Requesting A Debt Validation.

Case #: _____

# COUNT(S)/CLAIM(S).

Plaintiff Believes the Material Facts, Material Evidence and Truths Surrounding
ATT Mobility's Unlawful and Unauthorized Actions Perpetrated on the Plaintiff by
ATT Mobility, and Allege Herein, as if Restated, the Following Count(s)/Claim(s):

## COUNT/CLAIM #: 1 – UNLAWFUL AND MALEVOLENT BREACH OF CONTRACT.

**Material Facts Alleged:** ATT Mobility Unlawfully Beached the Contract.

**In So Doing, ATT Mobility Violated the Following Statutes/Laws:** Statutes of Frauds; U.C.C.
Article 2; 15 U.S.C. 1692; Maryland Uniform Commercial Code; MD Commercial Law, Title 13; and
Maryland Consumer Protection Act.

## COUNT/CLAIM #: 2 – ATT MOBILTY DEFRAUDED THE PLAINTIFF (INTERNET, MAIL AND WIRE FRAUD).

**Material Facts Alleged:** ATT Mobility Defrauded the Plaintiff Via the Internet, Telephone and By
Mail.

**In So Doing, ATT Mobility Violated the Following Statutes/Laws:** 18 U.S.C. 1341;
18 U.S.C. 1843; Statutes of Frauds; U.C.C. Article 2; 15 U.S.C. 1692; Maryland Uniform
Commercial Code; MD Commercial Law, Title 13; and Maryland Consumer Protection Act.

Kess Tani

Case #: _____


## COUNT/CLAIM #: 3 – ATT MOBILITY'S FALSE ADVERTISEMENTS.

**Material Facts Alleged:** ATT Mobility Advertisement on the Internet, Television and by Mail, about the Instant Services and Products is and was False and Misleading, Causing the Plaintiff to Procure Known Defective, Decrepit, In-Operable, Poorly Refurbished Hardware, Firmware/Software, and Unreliable Wireless Data Services, While ATT Mobility Predatorily and Fraudulently OverBilled and Fraudulently Adjusted/Manipulated Plaintiff's Account for Defective Equipment, and for Services Not Provided.

**In So Doing, ATT Mobility Violated the Following Statutes/Laws:** 15 U.S.C. A. § 1125(a); Statutes of Frauds; U.C.C. Article 2; 15 U.S.C. 1692g; Maryland Uniform Commercial Code; MD Commercial Law, Title 13; and Maryland Consumer Protection Act.


## COUNT/CLAIM #: 4 – NEGLIGENCE AND RECKLESS DISREGARD FOR THE TRUTH, LIFE & PLAINTIFF'S CREDIT STANDING.

**Material Facts Alleged:** ATT Mobility Negligently, and With Reckless Disregard for the Truth, Willfully Proffered Known False, Fraudulent Credit Information About the Plaintiff to Debt Collectors and Credit Bureaus in Malicious/Malevolent Unlawful Actions to Destroy Plaintiff's Credit and Render Plaintiff CreditLess, and Subsequently Homeless and Jobless.

**In So Doing, ATT Mobility Violated the Following Statutes/Laws:** Statutes of Frauds; U.C.C. Article 2; 15 U.S.C. 1692; Maryland Uniform Commercial Code; MD Commercial Law, Title 13; and Maryland Consumer Protection Act.

**Case #:** _____

## COUNT/CLAIM #: 5 – ATT MOBILITY UNLAWFULLY, WILLFULLY, KNOWINGLY PROFFERED KNOWN FALSE & MISLEADING CREDIT REPORT TO CREDIT BUREAUS.

**Material Facts Alleged:** ATT Mobility Predatorily, Malevolently, Fraudulently, Knowingly and Willfully Proffered a Known False, Misleading, Perjured and Malicious Credit Reports to the Credit Bureaus, in an Effort to Harm/Injury Plaintiff's Credit Record/History.

**In So Doing, ATT Mobility Violated the Following Statutes/Laws:** Provisions of 15 U.S.C. 1692e.

## COUNT/CLAIM #: 6 – ATT MOBILITY WILLFULLY PROFFERED KNOWN FALSE CREDIT REPORT TO DEBT COLLECTOR.

**Material Facts Alleged:** ATT Mobility Predatorily, Malevolently, Fraudulently, Knowingly and Willfully Proffered a Known False, Misleading, Perjured and Malicious Credit Reports With Debt Collector, EOS-CCA.

**In So Doing, ATT Mobility Violated the Following Statutes/Laws:** Provisions of 15 U.S.C. 1692e.

Case #: _____

## COUNT/CLAIM #: 7 –  ATT MOBILITY UNLAWFULLY FAILED TO PROVIDE PLAINTIFF WITH DEBT VALIDATION.

**Material Facts Alleged:** ATT Mobility Failed to Respond to Plaintiff Request for Debt Validation, and Failed to Provide the Plaintiff Debt Validation Through ATT Mobility's Debt Collector, EOS-CCA.

**In So Doing, ATT Mobility Violated the Following Statutes/Laws:** Provisions of 15 U.S.C. 1692g.

## COUNT/CLAIM #: 8 – ATT MOBILITY UNLAWFULLY, WILLFULLY, KNOWINGLY, AND FALSELY MISREPRESENTED THE CHARACTER, AMOUNT AND LEGAL STATUS OF THE PURPORTED DEBT.

**Material Facts Alleged:** ATT Mobility Falsely Misrepresented the Character, Amount and Legal Status of the Purported Debt.

**In So Doing, ATT Mobility Violated the Following Statutes/Laws:** Provisions of 15 U.S.C. 1692e.

Kess Tani                              Page 35 of 58

**Case #:** _____

# COUNT/CLAIM #: 9 – ATT MOBILITY FAILED TO PROVIDE THE PLAINTIFF WITH INITIAL COMMUNICATION.

**Material Facts Alleged:** ATT Mobility Failed to Communicate to the Plaintiff that the Purported Debt was Known to Be False and in Dispute, and that the Purported Debt Was Being Turned Over to Debt Collectors and the Credit Bureaus.

**In So Doing, ATT Mobility Violated the Following Statutes/Laws:** Provisions of 15 U.S.C. 1692c.

# COUNT/CLAIM #: 10 – ATT MOBILITY UNLAWFULLY, PREDATORILY AND FRAUDULENTLY COLLECTED MONIES FOR PRODUCTS AND SERVICES NOT PROVIDED.

**Material Facts Alleged:** ATT Mobility Predatorily, Malevolently, Fraudulently, Knowingly and Willfully Collected Monies for Defective, Decrepit, In-Operable, Poorly Refurbished Hardware, Firmware/Software, and Wireless Data Services; OverBilled, Fraudulently Adjusted/Manipulated Plaintiff's Account for Defective Equipment and for Services Not Provided.

**In So Doing, ATT Mobility Violated the Following Statutes/Laws:** 18 U.S.C. 1341; 18 U.S.C. 1843; Statutes of Frauds; U.C.C. Article 2; 15 U.S.C. 1692; Maryland Uniform Commercial Code; MD Commercial Law, Title 13; and Maryland Consumer Protection Act.

Case #: _____

## **COUNT/CLAIM #: 11 – ATT MOBILITY CRIMINALLY HARMED PLAINTIFF'S REPUTATION.**

**Material Facts Alleged:** ATT Mobility Criminally Harmed/Injured Plaintiff's Reputation By Willfully and Knowingly Proffering Known False, Perjured, Malicious Credit Reports to Debt Collectors and Credit Bureaus. And the Credit Bureaus in Turn Provided the Instant Credit Reports to Corporations, Companies, Investigative Entities, and Private Individuals, Etc.

**In So Doing, ATT Mobility Violated the Following Statutes/Laws:** Provisions of 15 U.S.C. 1692d.

## **PRAYER FOR RELIEF**

In Consideration of the Litany of Violations, Supporting Material Facts; Supporting Material Evidence, Supporting Authorities/Laws, Plaintiff Humbly Petitions this Honorable Court to Issue a Declaratory and Injunctive Order Directing ATT Mobility to:

a. Cease and Desist from Predatorily, Fraudulently Raping and Victimizing the American Citizenry/Populace With False Advertising; Predatory, Fraudulent and Malevolent Overbillings; Fraudulent Account Manipulations/Adjustments of Customer Accounts, and Blatant Fraud and Destruction of American Lives by Proffering Known False and Unvalidated Purported Debts to Debt Collectors and Credit Bureaus.

b. Declare the Unlawful Actions of the ATT Mobility, Alleged and Described above as Violations, Deprivation and Stripping of the Plaintiff's Clearly Established Federal and Maryland State Rights, Invoked in this Complaint.

c. Enter a Permanent Injunction Directing ATT Mobility to Take Affirmative Steps Necessary to Prevent Recurrence of the Above Alleged Unlawful Actions, and Provide the Proof of Such Preemptive Measures and Compliance, to this Honorable Court and the Plaintiff.

Case #: _____ C-10-164 _____

d. Award Plaintiff Compensatory Damages; Statutory Damages; Punitive Damages; Attorney's Fee; Cost of Action; Interest, and Any Other Damages/Relief as this Honorable Court Deems Just and Proper, Pursuant with Federal and Maryland State Statutes and Laws.

Respectfully Submitted

*Kess Tani*

P.O. Box 794,
North East, Maryland 21901
E-Mail: kess.tani@yahoo.com

## CERTIFICATE OF SERVICE

This is to Certify that I, Kess Tani, Plaintiff, Served and Mailed a Copy of this Proceedings on the Defendants thru their Resident Agent and Attorneys of Record, and to the Clerk of Court for Filing, Via United States Postal Service, Certified Mail, Restricted, Return Receipt Requested, On or About April 26th, 2009.

Kess Tani: _____          Date: 04-26-2010

## LAST KNOWN ADDRESS OF DEFENDANTS/DEFENDANTS' RESIDENT AGENT & ATTORNEY(S) OF RECORD

| | |
|---|---|
| Corporation Trust, Inc.<br>Resident Agent For ATT Mobility<br>351 West Camden Street,<br>Baltimore, Maryland 21201 | ATT Mobility<br>Attn: Kathleen H. Broom<br>1025 Lenox Park Blvd, Suite SC23<br>Atlanta, Georgia 30319 |

Kess Tani                    Page 38 of 58

Case #: _____

# EXHIBIT 1 – INITIAL ORDER CONFIRMATION.

Print                                    http://us.mg3.mail.yahoo.com/dc/launch?.gx=1&.rand=5r0fp7s2dqqu6

**From:** iCare@Cingular.com (iCare@Cingular.com)
**To:** kess.tani@yahoo.com;
**Date:** Wed, February 27, 2008 5:07:46 PM
**Cc:**
**Subject:** AT&T - Wireless Order Status Confirmation

 at&t

## Welcome To AT&T

AT&T - Wireless Order Confirmation

Dear Kes Tani,

Thank you for your recent order, we value and appreciate your business.  Please refer to the important information below.

Wireless Telephone Number: 410-693-4487, 410-693-6268

Order Number (use at website): 11008469000778

Shipping Order Number (use at 866-339-3888): 2249860

To check the status of your order click here and enter the above order number or call our automated system at 866-339-5888 and enter the shipping order number listed above.

| Item Name | Item Number | Quantity Ordered | Unit Price | Extended Price |
|---|---|---|---|---|
| SIM Card | 71234 | 1 | $0.00 | $0.00 |
| SIM Card | 71234 | 1 | $5.95 | $5.95 |
| Sierra Wireless Ac881 Usb Phone | R4729 | 1 | $49.99 | $49.99 |

## Did you Remember?

**To accessorize your phone!  We have everything you need to power, protect and personalize your phone all at a great price!  Call us about our full array of Bluetooth headsets and other accessories!**

**To purchase a data plan!  It's the most cost effective way to use the Internet and to check your email!**

**If you would like to purchase an accessory or need assistance within the first 30 days of service, please call us at 800-866-1514.  Business Customers, please call us at 800-838-9622.**

Thank you for choosing AT&T for your wireless service. Welcome to the largest digital voice and data network in America .

Sincerely,

Lisa Luff
Vice President, Direct Marketing

Case #: _____

# EXHIBIT 2 – FAILED/DEFECTIVE EQUIPMENT RETURN (03/20/2008)

Print                                    http://us.mg3.mail.yahoo.com/dc/launch?.gx=1&.rand=5r0fp7s2dqqu6

**From:** AT&TReturns@mobility.com (AT&TReturns@mobility.com)
**To:** kess.tani@yahoo.com;
**Date:** Thu, March 20, 2008 9:19:59 AM
**Cc:**
**Subject:** Your AT&T Return Label is Enclosed

AT&T - Return Label Notification

Dear KES TANI,

AT&T values our relationship with you and offers a return policy for equipment and services purchased directly from AT&T*. This message contains a pre-paid, pre-addressed return label to use to return equipment you purchased from AT&T **within 30 days from** the date the equipment was shipped.

To complete your return, follow these steps:

1. Click here to access your return label and print it
2. Remove any confidential, proprietary or personal information from the equipment being returned
3. Repackage the equipment (device, battery, charger, manual and software) in the manufacturer's original packaging along with a copy of the order confirmation invoice
4. Affix the return label to the box. Be sure to remove any original shipping labels
5. Drop your return at any United States Postal Service location - at home, work, or a USPS blue drop box
6. Retain a copy of the return label for your records. To track your return, click here

Equipment must be in like-new condition with no visible damage to be eligible for a refund. See our complete return policy at att.com/ReturnPolicy.

*If you purchased your equipment from an authorized retailer of AT&T, follow the return instructions provided by the authorized retailer.

Thank you for choosing AT&T.

Sincerely,
AT&T

NOTE: This is an automated email. Please do not reply to this email. Replies will not be read.
Privacy Policy | Terms of Use

© 2007 AT&T Intellectual Property. All rights reserved. AT&T and the AT&T logo are trademarks of AT&T Intellectual Property

Kess Tani                          Page 40 of 58

Case #: _____

# EXHIBIT 3 – FAILED/DEFECTIVE EQUIPMENT RETURN ACKNOWLEDEMENT.

Print                                   http://us.mg3.mail.yahoo.com/dc/launch?.gx=1&.rand=5r0fp7s2dqqu6

**From:** iCare@Cingular.com (iCare@Cingular.com)
**To:** kess.tani@yahoo.com;
**Date:** Thu, April 3, 2008 5:09:37 AM
**Cc:**
**Subject:** AT&T - Wireless Return Confirmation

## AT&T

AT&T – Equipment Received Notification

Dear Kes Tani,

Thank you for your recent order, we value and appreciate your business.  This message is to inform you that we have received the following item(s) at our warehouse.  Please allow an additional 5-7 business days for us to process your return in accordance with our return policy.  For more details read our complete return policy at wireless.att.com/returnpolicy.

Wireless Telephone Number: 410-693-4487, 410-693-6268

Order Number (use at website): 11008469000778

Shipping Order Number (use at 866-339-3888): 2249860

| Item Name | Item Number | Quantity Ordered | Quantity Returned |
|---|---|---|---|
| Sierra Wireless Ac881 Usb Phone | R4729 | 1 | 1 |

If you have further questions, please contact us at 800-866-1514.  Business Customers, please call us at 800-838-9622.

Sincerely,

AT&T

This e-mail is auto-generated. Please do not reply.

Privacy Policy | Terms of Use

© AT&T Knowledge Ventures.
All rights reserved. AT&T is a
trademark of AT&T Knowledge
Ventures.

Kess Tani                          Page 41 of 58

Case #: _____

# EXHIBIT 4 – FAILED/DEFECTIVE EQUIPMENT RETURN (04/15/2008).

Print                                    http://us.mg3.mail.yahoo.com/dc/launch?.gx=1&.rand=5r0fp7s2dqqu6

**From:** AT&TReturns@mobility.com (AT&TReturns@mobility.com)
**To:** kess.tani@yahoo.com;
**Date:** Tue, April 15, 2008 9:16:11 AM
**Cc:**
**Subject:** Your AT&T Return Label is Enclosed

AT&T - Return Label Notification

Dear KES TANI,

AT&T values our relationship with you and offers a return policy for equipment and services purchased directly from AT&T*. This message contains a pre-paid, pre-addressed return label to use to return equipment you purchased from AT&T **within 30 days from** the date the equipment was shipped.

To complete your return, follow these steps:

1. Click here to access your return label and print it
2. Remove any confidential, proprietary or personal information from the equipment being returned
3. Repackage the equipment (device, battery, charger, manual and software) in the manufacturer's original packaging along with a copy of the order confirmation invoice
4. Affix the return label to the box. Be sure to remove any original shipping labels
5. Drop your return at any United States Postal Service location - at home, work, or a USPS blue drop box
6. Retain a copy of the return label for your records. To track your return, click here

Equipment must be in like-new condition with no visible damage to be eligible for a refund. See our complete return policy at att.com/ReturnPolicy.

*If you purchased your equipment from an authorized retailer of AT&T, follow the return instructions provided by the authorized retailer.

Thank you for choosing AT&T.

Sincerely,
AT&T

NOTE: This is an automated email. Please do not reply to this email. Replies will not be read.
Privacy Policy | Terms of Use

© 2007 AT&T Intellectual Property. All rights reserved. AT&T and the AT&T logo are trademarks of AT&T Intellectual Property

---

Kess Tani                    Page 42 of 58

Case #: _____

# EXHIBIT 5 – REPLACEMENT FOR SIERRA AC881 AIR CARD (08/28/2008).

Print                                    http://us.mg3.mail.yahoo.com/dc/launch?.gx=1&.rand=5r0fp7s2dqqu6

**From:** ATTOrderStatus@ordertrack.wireless.att-mail.com
(ATTOrderStatus@ordertrack.wireless.att-mail.com)
**To:** KESS.TANI@YAHOO.COM;
**Date:** Thu, August 28, 2008 10:10:37 PM
**Cc:**
**Subject:** AT&T - Wireless Order Status Confirmation

 at&t

## Welcome To AT&T

AT&T - Wireless Order Confirmation

Dear Kes Tani,

Thank you for your recent order, we value and appreciate your business.  Please refer to the important information below.

Wireless Telephone Number: 410-562-6096

Order Number (use at website): 1101210900166

Shipping Order Number (use at 866-339-3888): 2929440

To check the status of your order click here and enter the above order number or call our automated system at 866-339-3888 and enter the shipping order number listed above.

| Item Name | Item Number | Quantity Ordered | Unit Price | Extended Price |
|---|---|---|---|---|
| Option Wireless Hsupa Express Phone | 64741 | 1 | $99.99 | $99.99 |
| SIM Card | 71234 | 1 | $0.00 | $0.00 |
| Freight | 88869 | 1 | $0.00 | $0.00 |

## Did you Remember?

**To accessorize your phone!**  We have everything you need to power, protect and personalize your phone all at a great price!  Call us about our full array of Bluetooth headsets and other accessories!

**To purchase a data plan!**  It's the most cost effective way to use the Internet and to check your email!

If you would like to purchase an accessory or need assistance within the first 30 days of service, please call us at 800-866-1514.  Business Customers, please call us at 800-838-9622.

Thank you for choosing AT&T for your wireless service. Welcome to the largest digital voice and data network in America .

Sincerely,

Lisa Luff
Vice President, Direct Marketing

Case #: _____

## EXHIBIT 6 - FAILED/DEFECTIVE EQUIPMENT RETURN (11/24/2008).

 **at&t**

**Packing Slip**
Page 1

CT000002951893                     1XB01D

Shipping Address:
**KES TANI**
**1850 GRAYMONT WAY**
**EDGEWOOD MD 21040**

| | |
|---|---|
| Entry Date: | 11/24/2008 14:01 |
| Picked: | 11/24/2008 14:04 |
| RMA#: | RMA44062400 |

Ship ID:        SID000002913812
Ship Method:        FedEx - 05
Your Order#:        0RLM-O-17751207

| Line | Part # | Bin | Description | SID | MDN | Pick QTY | Ship QTY |
|---|---|---|---|---|---|---|---|
| 1 | 76220 | | COL att GSM SEED STOCK | | | 1 | 1 |
| 2 | 76221 | | COL att XBM T & C FOR L4L | | | 1 | 1 |
| 3 | 78709 | XCOL12 | COL NAT ATC RETURN LABEL RB | | | 1 | 1 |
| 4 | S4741 | S53E2F | TRN att OPT GTMAX HSUPA EXPRS | | 4105626096 | 1 | 1 |

Your return tracking #:  610 82 21040 9001 0 044082400
You can track you return shipment on www.tracking.smartlabel.com

\*\*\* PLEASE RETURN YOUR DEFECTIVE HANDSET AND THE BOTTOM PORTION OF THIS FORM
\*\*\* IN THIS BOX WITHIN 10 DAYS........ THANK YOU

*Please cut on dashed line and include bottom portion with returned product*

Kess Tani                        Page 44 of 58

Case #: _____

## EXHIBIT 7 - REPLACEMENT FOR OPTION GT EXPRESS AIR CARD (11/25/2008).

Print                                    http://us.mg3.mail.yahoo.com/dc/launch?.gx=1&.rand=5r0fp7s2dqqu6

**From:** returns@cingular.com (returns@cingular.com)
**To:** KESS.TANI@YAHOO.COM;
**Date:** Tue, November 25, 2008 7:09:00 AM
**Cc:**
**Subject:** AT&T - Order Status Update

Cellular Telephone number:  4105626096
Returns Authorization Number:  RMA44062400
AT&T - Order Status Update

Dear KES TANI,

On behalf of all AT&T employees, thank you for being a part of the largest digital network in America.  Your order has been shipped.  You can review the status of your shipment directly from the carrier by clicking on the following link:
http://fedex.com/Tracking?tracking?action=track&language=english&last_action=alttrack&ascend_

We look forward to servicing your wireless needs for a long time to come.

Sincerely,

AT&T

NOTE:  This is an automated email.  Please do not reply to this email.
Replies will not be read.

Case #: _____

# EXHIBIT 8 – ATT MOBILITY'S SIM CARD FIX – (12/19/2008).

Print                                    http://us.mg3.mail.yahoo.com/dc/launch?.gx=1&.rand=5r0fp7s2dqqu6

**From:** ATTOrderStatus@ordertrack.wireless.att-mail.com
(ATTOrderStatus@ordertrack.wireless.att-mail.com)
**To:** KESS.TANI@YAHOO.COM;
**Date:** Fri, December 19, 2008 3:06:10 PM
**Cc:**
**Subject:** Your recent ATT order status



## Welcome To AT&T
AT&T - Wireless Order Confirmation

Dear Kes Tani,

Thank you for your recent order, we value and appreciate your business.  Please refer to the important information below.

Cellular Telephone Number:410-693-4487

Order Number:31011467000148

Shipping Order Number: 663081

Check the status of your order at http://www.wireless.att.com/order_status/order_status or call our automated system at 877-782-8870.

| Item Name | Item Number | Quantity Ordered | Unit Price | Extended Price |
|-----------|-------------|------------------|------------|----------------|
| Various SIM | 71234 | 1 | $0.0 | $0.0 |
| FREIGHT | 88869 | 1 | $0.0 | $0.0 |

We are working hard to fulfill your order as soon as possible and you will receive an email as soon as we complete shipping. The email will include tracking number link(s) for your convenience.

Check the status of your order at any time at our website by clicking here or by calling our automated system at 877-782-8870.

Manage your account and view your bill at our website. Sign up using your wireless number by clicking here .

Thank you again for choosing AT&T. Welcome to the largest digital voice and data network in America.

Sincerely,

AT&T

Kess Tani                        Page 46 of 58

Case #: _____

# EXHIBIT 9 - REPLACEMENT FOR OPTION GT EXPRESS AIR CARD (01/06/2009).

Print                                    http://us.rng3.mail.yahoo.com/dc/launch?.gx=1&.rand=5r0fp7s2dqqu6

**From:** ATTOrderStatus@ordertrack.wireless.att-mail.com
(ATTOrderStatus@ordertrack.wireless.att-mail.com)
**To:** KESS.TANI@YAHOO.COM;
**Date:** Tue, January 6, 2009 11:22:20 PM
**Cc:**
**Subject:** Your recent ATT order status

 at&t

## Welcome To AT&T

AT&T - Wireless Shipping Notification

Dear Kes Tani,

Thank you for your recent order, we value and appreciate your business. We are pleased to inform you that your order has shipped. You can review the status of your shipment(s) by clicking on the tracking number(s) below.

Cellular Telephone Number: 410-562-6096

Order Number: 31011678000266

Shipping Order Number: 688735

| Item Name | Item Number | Quantity Ordered | Quantity Shipped | Tracking Number |
|---|---|---|---|---|
| Various SIM | 71234 | 1 | | 1Z1WF744021823846 |
| FREIGHT | 88869 | 1 | 1 | 1Z1WF744021823846 |
| Option Wireless HSUPA EXPRESS PHONE | R4741 | 1 | 1 | 1Z1WF744021823846 |

Manage your account and view your bill at our website. Sign up using your wireless number by clicking here .

Thank you again for choosing AT&T. Welcome to the largest digital voice and data network in America .

Sincerely,

AT&T

| Activating Your Phone | Claiming a Rebate |
|---|---|
| Instructions for activating your service will be included in the box. | If your order includes a new phone, it is important that you retain the box in which |

Kess Tani                    Page 47 of 58

**Case #:** _____

# EXHIBIT 10 – ATT MOBILITY'S DEBT COLLECTOR'S REFUSAL TO COLLECT.



January 22, 2010

Mr. Kes Tani
PO BOX 794
North East, MD. 21901

Re:   EOS CCA Ref #: 11-37265640
Original Creditor: AT&T Mobility | Creditor Account #: 8646689625

Dear Mr. Tani:

Our client, AT&T Mobility, placed the above referenced account with our office on 6/14/2009.  As of 1/22/2010, the account has been closed and returned to AT&T Mobility.  As such, our office will not contact you any further.

We have also notified AT&T Mobility concerning the above referenced account and requested validation of the debt. We also notified AT&T Mobility of your intentions of possibly filing a lawsuit.

If you have any questions or concerns, please contact my office at 800-886-9177, extension 14345

Sincerely,

Paul H. Downs
Compliance Assistant

Kess Tani                              Page 48 of 58

Case #: _____

# EXHIBIT 11 – ATT MOBILITY'S PREDATORY, FRAUDULENT OVERBILLING, AND FRAUDULENT ACCOUNT ADJUSTMENT/MANIPULATIONS.

Page:        1 of 7
Billing Cycle Date: 02/27/08 - 03/26/08
Account Number: 864689625

**How To Contact Us:**
- 1-800-331-0500 or 611 from your cell phone
- For Deaf/Hard of Hearing Customers (TTY/TDD)
  1-866-241-6567

**Wireless Number with Rollover**
410-693-4487 -   14 Minutes

**Wireless Number**
410-693-6268

| | |
|---|---|
| Previous Balance | 0.00 |
| Payments Posted | -200.00 |
| Adjustments to Previous Balance | 110.00 |
| **CREDIT BALANCE** | **-90.00** |
| Monthly Service Charges | 199.98 |
| Usage Charges | 0.93 |
| Credits/Adjustments/Other Charges | 154.61 |
| Government Fees & Taxes | 21.55 |
| **TOTAL CURRENT CHARGES** | **377.07** |
| Due Apr 26, 2008 | |
| Late fees assessed after Apr 28 | |

**Total Amount Due  $287.07**

### Payment Administrative Fee

Please be advised that payments made with a representative may
be subject to an administrative fee.  There is no cost to pay by
mail or via an automated payment method.  For more information,
see the "Other Payment Options" section on page 2 of your invoice.

Return the portion below with
payment only to AT&T Mobility.

*17000 CANTRELL RD 2ND FLOOR*
*LITTLE ROCK, AR 72223-4266*

| | |
|---|---|
| Account Number: | 864689625 |
| Total Amount Due: | $287.07 |
| Amount Paid: | |
| $ | |

*Please do not send correspondence with payment.*

☐  Yes, enroll me in AutoPay
Signature required on reverse

KES TANI
PO BOX 3
SEVERN, MD 21144-0003

Total Amount
Due by Apr 26, 2008

Please Mail Check Payable To:

AT&T Mobility
PO Box 536216
Atlanta, GA 30353-6216

9900000086468962500000000003770700000028707007

Case #: _____

# EXHIBIT 12 - PROOF OF ATT MOBILITY'S PREDATORY, FRAUDULENT
## OVERBILLING & FRAUDULENT ACCOUNT ADJUSTMENTS/MANIPULATIONS.

| ATT Mobility Statement Period | Unlawful, Predatory and Fraudulent Items OverBilled | Predatory And Fraudulent Account Adjustment? | | Was Equipment For Wireless Data (Ph.# 410-696-6268/6090) Working As Contracted? | | Predatorily and Fraudulently OverBilled For Defective Wireless Data Equipment? | | Total Amount Fraudulently OverBilled | Remarks |
|---|---|---|---|---|---|---|---|---|---|
| | | Yes | No | Yes | No | Yes | No | | |
| 02/27 To 03/28, 2008 | Fraudulent Monthly Service Charges of $199.98; 171,420KB of Wireless Data; and Account Adjustments, Etc. | ✓ | | | ✓ | ✓ | | $377.07 | ATT Mobility Had & Knew of the Defective 'Sierra AC881 USB Phone Wireless Air Card During This Billing Period. |
| 03/29 To 04/28, 2008 | Fraudulent Dataconnect wifi For $60.00; 70,105KB of Wireless Data; and Account Adjustments, Etc. | ✓ | | | ✓ | ✓ | | $112.52 | ATT Mobility Had & Knew of the Defective 'Sierra AC881 USB Phone Wireless Air Card During This Billing Period. |

Kess Tani

Page 51 of 58

Case #: _____

# EXHIBIT 12 - PROOF OF ATT MOBILITY'S PREDATORY, FRAUDULENT

## OVERBILLING & FRAUDULENT ACCOUNT ADJUSTMENTS/MANIPULATIONS.

| ATT Mobility Statement Period | Unlawful, Predatory and Fraudulent Items OverBilled | Predatory And Fraudulent Account Adjustment? Yes | No | Was Equipment For Wireless Data (Ph.# 410-696-6268/6090) Working As Contracted? Yes | No | Predatorily and Fraudulently OverBilled For Defective Wireless Data Equipment? Yes | No | Total Amount Fraudulently OverBilled | Remarks |
|---|---|---|---|---|---|---|---|---|---|
| 04/29 To 05/28, 2008 | Fraudulent Account Adjustments, Etc. | ✓ | | | ✓ | | ✓ | $47.25 | ATT Mobility Had & Knew of the Defective 'Sierra AC881 USB Phone Wireless Air Card. |
| 05/29 To 06/28, 2008 | Monthly Service Charges, Adjustments, Etc. | ✓ | | | ✓ | | ✓ | $45.30 | ATT Mobility Had & Knew of the Defective 'Sierra AC881 USB Phone Wireless Air Card. |
| 06/29 To 07/28, 2008 | Fraudulent Wireless 146 MB & 127 Text Messaging Usage; Account Adjustments. | ✓ | | | ✓ | ✓ | | $47.45 | ATT Mobility Had & Knew of the Defective 'Sierra AC881 USB Phone Wireless Air Card. |

Kess Tani

Page 52 of 58

Case #: _____

## EXHIBIT 12 - PROOF OF ATT MOBILITY'S PREDATORY, FRAUDULENT

## OVERBILLING & FRAUDULENT ACCOUNT ADJUSTMENTS/MANIPULATIONS.

| ATT Mobility Statement Period | Unlawful, Predatory and Fraudulent Items OverBilled | Predatory And Fraudulent Account Adjustment? | | Was Equipment For Wireless Data (Ph.# 410-696-6268/6090) Working As Contracted? | | Predatorily and Fraudulently OverBilled For Defective Wireless Data Equipment? | | Total Amount Fraudulently OverBilled | Remarks |
|---|---|---|---|---|---|---|---|---|---|
| | | Yes | No | Yes | No | Yes | No | | |
| 07/29 To 08/28, 2008 | Fraudulent For Wireless Data of $108.68; Account Adjustments, Etc. | ✓ | | | ✓ | ✓ | | $153.29 | ATT Mobility Had & Knew of the Defective 'Sierra AC881 USB Phone Wireless Air Card During This Billing Period. |
| 08/29 To 09/28, 2008 | Fraudulent Wireless Data Usage of $67.17; Replacement of Defective Air Card for $105.99; Fraudulent Account Adjustments, Etc. | ✓ | | | ✓ | ✓ | | $217.47 | ATT Mobility Sent a Defective Option Wireless Hsupa Express Phone Card During This Billing Period. |

Kess Tani

Page 53 of 58

Case #: _____

# EXHIBIT 12 - PROOF OF ATT MOBILITY'S PREDATORY, FRAUDULENT

## OVERBILLING & FRAUDULENT ACCOUNT ADJUSTMENTS/MANIPULATIONS.

| ATT Mobility Statement Period | Unlawful Predatory and Fraudulent Items OverBilled | Predatory And Fraudulent Account Adjustment? | | Was Equipment For Wireless Data (Ph.# 410-696-6268/6090) Working As Contracted? | | Predatorily and Fraudulently OverBilled For Defective Wireless Data Equipment? | | Total Amount Fraudulently OverBilled | Remarks |
|---|---|---|---|---|---|---|---|---|---|
| | | Yes | No | Yes | No | Yes | No | | |
| 09/29 To 10/28, 2008 | Fraudulent Wireless Data Usage of 2MB And $67.16; Fraudulent Account Adjustments, Etc. | ✓ | | | ✓ | ✓ | | $225.79 | ATT Mobility Sent a Defective Option Wireless Hsupa Express Phone Card |
| 10/29 To 11/28, 2008 | Fraudulent Wireless Data Usage of 4MB And $67.16; Fraudulent Account Adjustments, Etc. | ✓ | | | ✓ | ✓ | | $157.86 | ATT Mobility Sent a Defective Option Wireless Hsupa Express Phone Card. |

Kess Tani

Case #: _____

## EXHIBIT 12 - PROOF OF ATT MOBILITY'S PREDATORY, FRAUDULENT OVERBILLING & FRAUDULENT ACCOUNT ADJUSTMENTS/MANIPULATIONS.

| ATT Mobility Statement Period | Unlawful, Predatory and Fraudulent Items OverBilled | Predatory And Fraudulent Account Adjustment? | | Was Equipment For Wireless Data (Pt.# 410-696-0268/6090) Working As Contracted? | | Predatorily and Fraudulently OverBilled For Defective Wireless Data Equipment? | | Total Amount Fraudulently OverBilled | Remarks |
|---|---|---|---|---|---|---|---|---|---|
| | | Yes | No | Yes | No | Yes | No | | |
| 11/29 To 12/28, 2008 | Fraudulent Wireless Data Usage of 8MB And $67.16; Fraudulent Account Adjustments, Etc. | ✓ | | | ✓ | ✓ | | $132.95 | ATT Mobility Sent a Defective Option Wireless Hsupa Express Phone Card. |
| 12/29/ To 01/28, 2009 | Fraudulent Wireless Data Usage of 5MB And $66.94; Text Messaging of 110 KB of $29.99 & $24.07; Fraudulent Account Adjustments, Etc. | ✓ | | | ✓ | ✓ | | $148.40 | ATT Mobility Sent a Defective Option Wireless Hsupa Express Phone Card During This Billing Period. |

Kess Tani

Page 55 of 58

Case #: _____

## EXHIBIT 12 - PROOF OF ATT MOBILITY'S PREDATORY, FRAUDULENT OVERBILLING & FRAUDULENT ACCOUNT ADJUSTMENTS/MANIPULATIONS.

| ATT Mobility Statement Period | Unlawful, Predatory and Fraudulent Items OverBilled | Predatory And Fraudulent Account Adjustment? | | Was Equipment For Wireless Data (Ph.# 410-696-6268/6090) Working As Contracted? | | Predatorily and Fraudulently OverBilled For Defective Wireless Data Equipment? | | Total Amount Fraudulently OverBilled | Remarks |
|---|---|---|---|---|---|---|---|---|---|
| | | Yes | No | Yes | No | Yes | No | | |
| 01/29 To 02/28, 2009 | Fraudulent Wireless Data Usage of 135KB & $159.00; And $154.77 For Voice; $17.20 For Text Messaging; Fraudulent Account Adjustments, Etc. | ✓ | | | ✓ | ✓ | | $379.48 | ATT Mobility Sent a Defective Option Wireless Hsupa Express Phone Card During This Billing Period. |
| 03/01 To 03/28, 2009 | Fraudulent Wireless Data Usage of $44.99; Monthly Service Charges, Adjustments, Etc. | ✓ | | | ✓ | ✓ | | $435.07 | ATT Mobility Unilaterally Terminated Service On or About March 12th, 2009, Yet Fraudulently OverBilled From March 1st To March 28th, 2009. |

Kess Tani                                        Page 56 of 58

Case #: _____

# EXHIBIT 12 - PROOF OF ATT MOBILITY'S PREDATORY, FRAUDULENT

## OVERBILLING & FRAUDULENT ACCOUNT ADJUSTMENTS/MANIPULATIONS.

| ATT Mobility Statement Period | Unlawful, Predatory and Fraudulent Items OverBilled | Predatory And Fraudulent Account Adjustment? | | Was Equipment For Wireless Data (Ph.# 410-696-6268/6090) Working As Contracted? | | Predatorily and Fraudulently OverBilled For Defective Wireless Data Equipment? | | Total Amount Fraudulently OverBilled | Remarks |
|---|---|---|---|---|---|---|---|---|---|
| | | Yes | No | Yes | No | Yes | No | | |
| 03/29 To 04/28, 2009 | Double OverBilling For the Same Month of March For $54.18; Monthly Service Charges, Adjustments, Etc. | ✓ | | | ✓ | ✓ | | $489.25 | ATT Mobility Already Unilaterally Terminated the Contract and Fraudulently OverBill For March 29th to April 28th, 2009. |
| 04/29 To 05/28, 2009 | Fraudulent Charge of $5.00; Monthly Service Charges, Adjustments, Etc. | ✓ | | | ✓ | ✓ | | $494.25 | ATT Mobility Already Unilaterally Terminated the Contract and Fraudulently OverBill For March 29th to April 28th, 2009. |

Kess Tani

Case #: _____

## EXHIBIT 12 - PROOF OF ATT MOBILITY'S PREDATORY, FRAUDULENT OVERBILLING & FRAUDULENT ACCOUNT ADJUSTMENTS/MANIPULATIONS.

| ATT Mobility Statement Period | Unlawful, Predatory and Fraudulent Items OverBilled | Predatory And Fraudulent Account Adjustment? | | Was Equipment For Wireless Data (Ph.# 410-696-6268/6090) Working As Contracted? | | Predatorily and Fraudulently OverBilled For Defective Wireless Data Equipment? | | Total Amount Fraudulently OverBilled | Remarks |
|---|---|---|---|---|---|---|---|---|---|
| | | Yes | No | Yes | No | Yes | No | | |
| 05/29 To 06/28, 2009 | Fraudulent Charge of $5.00; Monthly Service Charges, Adjustments, Etc. | ✓ | | | ✓ | ✓ | | $489.25 | ATT Mobility Already Unilaterally Terminated the Contract and Fraudulently OverBill For March 29th to April 28th, 2009. |
| 06/29 To 07/28, 2009 | Fraudulent Monthly Service Charges, Adjustments, Etc. | ✓ | | | ✓ | ✓ | | $233.90 | ATT Mobility Already Unilaterally Terminated the Contract and Fraudulently OverBill For March 29th to April 28th, 2009. |

Kess Tani