IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| KESS TANI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action Nos. 1:10-cv-01036-WDQ and |
| | )                      1:10-cv-01449-WDQ |
| AT&T MOBILITY LLC, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Kess Tani and Defendant AT&T Mobility LLC and its officers and directors hereby dismiss the above-captioned cases with prejudice. Each party is to bear its own costs and fees.

June 28, 2011                                         Respectfully submitted,

_____
Kess Tani
P.O. Box 383172
Birmingham, AL 35238
Plaintiff

_____
Jason M. St. John, Esquire
Federal Bar No.: 26384
SAUL EWING LLP
500 East Pratt Street, 8th Floor
Baltimore, Maryland 21202
Telephone: (410) 332-8898
Facsimile: (410) 332-8288
Email:   jstjohn@saul.com
Attorney for Defendant

1098673.1 6/28/11